```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
                                     :
         - v. -                      :
                                     :
LUIS FERNANDEZ,                      :
                                     :
                                     :
              Defendant.             :
- - - - - - - - - - - - - - - - - - X
```

23 CRIM 074

**UNSEALING ORDER**

22 Mag. 10689 (ALC)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Sarah L. Kushner;

It is found that Complaint 22 Mag. 10689 (ALC), Information 22 Cr. __ (ALC), and their corresponding docket, are currently sealed and the United States Attorney's Office has applied to have that Complaint, Information, and docket unsealed, it is therefore

ORDERED that Complaint 22 Mag. 10689 (ALC), Information 22 Cr. __ (ALC), and their corresponding docket be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       February 7, 2023

_____
HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE