USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-8-23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

United States of America,

                                                    **ORDER**

                                                    **23-CR-74 (ALC)**


                    -against-


Luis Fernandez,
-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

     The sentencing scheduled for June 8, 2023 is adjourned to **June 15, 2023** at **12:00 p.m.**

    **SO ORDERED.**

**Dated: New York, New York**
**May 8, 2023**

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**