**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/2/25_____

**THE LAW OFFICE OF LAURIANO GUZMAN JR., PC**
**2565 Frisby Avenue**
**Bronx, New York 10461**
**Tel.:(718)892-8200**
**Email: Guzmanesq2565@gmail.com**

April 28, 2025

The Honorable Andrew L. Carter Jr.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: USA v. Luis Fernandez 23-CR:74-001(ALC)

Dear Honorable Judge Carter:

    I represent Mr. Luis Fernandez in the above-captioned matter. I respectfully submit this letter motion to request that the Court direct the Clerk of Court to return Mr. Fernandez's passport, which was surrendered as a condition of his release on bail.

    Mr. Fernandez pleaded guilty on February 7, 2023, to a one-count indictment charging him with violating Title 21, United States Code, Section 841(a)(1). He was sentenced by this Court on June 28, 2023, to a period of eight months of incarceration, followed by three years of supervised release. Mr. Fernandez has since completed his term of incarceration and has successfully completed approximately fourteen months of supervised release without incident.

    Mr. Fernandez's Probation Officer, John Gomez, has indicated that he has no objection to the return of Mr. Fernandez's passport.

    Accordingly, Mr. Fernandez respectfully requests that the Court issue an order directing the Clerk of Court to release his passport.

Respectfully submitted,

_/s/Lauriano Guzman_____

Lauriano Guzman, Esq.

The application is **GRANTED**.
So Ordered.

*Andrew L. Carter* 9/2/25